UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Henry Earl Miller, | ) | |
| | ) | Criminal No. 6:04-00022-GRA-3 |
| v. | ) | |
| | ) | |
| United States of America. | ) | **ORDER AND OPINION** |
| | ) | |
| _____ | ) | |

Petitioner, Henry Earl Miller ("Petitioner"), is a federal inmate who is currently housed at FCI-Yazoo City located in Yazoo City, Mississippi. This matter is before the Court on Petitioner's *pro se* motion for an order directing the Bureau of Prisons ("BOP") to change his designated release address. (ECF No. 756). Petitioner contends that his designated address should be changed because his family no longer resides at the address initially designated.

This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Boag v. MacDougall*, 454 U.S. 364, 365 (1982). However, a court may not construct the plaintiff's legal arguments for him, *Small v. Endicott*, 998 F.2d 411, 414 (7th Cir. 1993), nor is a district court required to recognize "obscure or extravagant claims defying the most concerted efforts to unravel them." *Beaudett v. City of Hampton*, 775 F.2d 1274, 1277 (4th Cir. 1985), *cert. denied*, 475 U.S. 1088 (1986).

In the instant action, Petitioner asks the court to order the BOP to change his designated release address. However, this Court has no authority to order the BOP to provide the relief requested as "Congress and the Attorney General have delegated authority to the BOP to administer the federal prison system." *Palomino v. Fed. Bureau of Prisons*, 408 F. Supp.2d 282, 288 (S.D. Tex. 2005).

**IT IS THEREFORE ORDERED** that Petitioner's Motion is DENIED.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

August  19 , 2015
Anderson, South Carolina